Sandra Ribera Speed, Esq. (SBN 236769)
Mia Mattis, Esq. (SBN 191027)
**RIBERA LAW FIRM**
A Professional Corporation
157 West Portal Ave., Ste. 2
San Francisco, CA 94127
Telephone: (415) 576-1600
Facsimile: (415) 842-0321

*Attorneys for Plaintiff JANICE MANN*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE MANN,<br><br>        Plaintiff,<br><br>vs.<br><br>GARDEN OF LIFE, LLC; GARDEN OF LIFE INC.; SCIENCE & INTERNATIONAL GARDEN OF LIFE, LLC; ATRIUM BIOTECH INVESTMENTS (USA); ATRIUM BIOTECH HOLDCO INC.; ATRIUM INNOVATIONS, INC. and DOES 1 through 50, inclusive.<br><br>        Defendants. | Case No.: 18-cv-02134-BLF<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO ALLOW TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>Hon. Beth Labson Freeman<br><br>CMC: July 19, 2018<br>Trial Date: None Set |

Plaintiff makes the following request for administrative relief pursuant to Civil Local Rule 7-11.

This matter is currently set for a Case Management Conference before the Honorable Beth Labson Freeman on **July 19, 2018**, at 11:00 a.m., Courtroom 3, 5th Floor, of the Robert F.

Peckham Federal Building & United States Courthouse 280 South 1st Street, Room 2112 San Jose, CA 95113.

      Plaintiff's counsel's requests that she be allowed to make a telephonic appearance for this hearing. Plaintiff's counsel's office is located in San Francisco. Plaintiff's counsel has another commitment in San Francisco earlier that same morning, that does not conflict with the Case Management Conference, but due to the distance between San Francisco and San Jose, there may be issues with arriving at the San Jose Courthouse in a timely manner.

Dated: July 9, 2018

**RIBERA LAW FIRM**
A Professional Corporation

_____
SANDRA RIBERA SPEED, ESQ.
MIA MATTIS, ESQ.
Attorneys for Plaintiff
JANICE MANN