```
Scott L. Hengesbach (SBN 146731)
    shengesbach@murchisonlaw.com
Alexis B. Cruz (SBN 312842)
    acruz@murchisonlaw.com
MURCHISON & CUMMING, LLP
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336
```

Attorneys for Defendant, GARDEN OF LIFE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE MANN,<br><br>        Plaintiff,<br><br>vs.<br><br>GARDEN OF LIFE, LLC; GARDEN OF LIFE, INC., SCIENCE & INTERNATIONAL GARDEN OF LIFE, LLC; ATRIUM INNOVATIONS, INC. and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 18-cv-02134-BLF<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>Trial Date:    July 18, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to this Court's Case Management Order, Plaintiff JANICE MANN and Defendant GARDEN OF LIFE, LLC agree to the following scheduling order for pre-trial and trial dates:

| EVENT | STIPULATED DATE | COURT-ISSUED DATE |
|---|---|---|
| Last Day to Amend Pleadings or Add Parties | N/A | 9/17/18 |
| Fact Discovery Cutoff | 1/7/22 | N/A |

| | | |
|---|---|---|
| Expert Disclosures | 1/7/22 | N/A |
| Expert Rebuttal Disclosures | 2/7/22 | N/A |
| Motion Cutoff | 5/19/22 | N/A |
| Last Day to Hear Dispositive Motions | N/A | 2/17/22 at 9:00 a.m. |
| Final Pretrial Conference | N/A | 6/2/22 at 1:30 p.m. |
| Trial | N/A | 7/18/22 at 9:00 a.m. |

Plaintiff JANICE MANN and Defendant GARDEN OF LIFE, LLC further agree to continue proceeding before Judge Beth Labson Freeman.

**IT IS SO ORDERED.**

DATED: August ___, 2018        By: _____
                                    Hon. Beth Labson Freeman