UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANICE MANN,<br><br>        Plaintiff,<br><br>   v.<br><br>GARDEN OF LIFE, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-02134-BLF<br><br>**ORDER GRANTING STIPULATED CASE SCHEDULE AS MODIFIED BY COURT**<br><br>[Re: ECF 29] |

On August 9, 2018, the parties filed the following case schedule:

| **Event** | **Stipulated Date** | **Court-Issued Date** |
|---|---|---|
| Last Day to Amend Pleadings or Add Parties | N/A | 9/17/2018 |
| Fact Discovery Cutoff | 1/7/2022 | N/A |
| Expert Disclosure | 1/7/2022 | N/A |
| Expert Rebuttal Disclosures | 2/7/2022 | N/A |
| Motion Cutoff | 5/19/2022 (subject to the requirements set forth below) | N/A |
| Last Day to Hear Dispositive Motions | N/A | 2/17/2022 at 9:00 a.m. |
| Final Pretrial Conference | N/A | 6/2/2022 at 1:30 p.m. |
| Trial | N/A | 7/18/2022 at 9:00 a.m. |

The parties have set a "Motion Cutoff" date for May 19, 2022, which is 14 days before the Final Pretrial Conference. The parties are allowed to file their motions *in limine* by May 19, 2022 as set forth in Section C.4 of the Court's Standing Order Regarding Pretrial Conference. Each

side will be limited to five motions *in limine* per side. Briefing on each motion shall not exceed five pages per side.

Generally, for all other motions (except for summary judgment motions[1]), the parties must file motions by reserving a hearing date in accordance with the Civil Local Rules and the Court's Standing Order Regarding Civil Cases. The Court's Standing Order requires a party to reserve a hearing date and file the motion(s) within 14 days thereafter. *See* Standing Order Regarding Civil Cases Section C.1. It is advised that the parties may have to reserve months in advance of the date they intend to have a hearing on a motion.

The Court reminds the parties that if *Daubert* motions are not submitted as motions *in limine*, those motions must be heard at least 60 days before the trial date. The *Daubert* motions must be contained in a single brief limited to 25 pages total and no more than 10 pages per disputed expert. If the parties intend to file *Daubert* motions as part of their five-page motions *in limine*, they shall abide by the deadlines set forth in the Court's Standing Order Regarding Pretrial Conference. Each disputed expert shall be discussed in a separate motion *in limine*. Each motion will be one of the five motions *in limine* allowed.

Subject to the above, the Court GRANTS the parties' stipulated case schedule.

**IT IS SO ORDERED.**

Dated: August 10, 2018

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] The Court has reserved a date for hearings on summary judgment motions as the "last day to hear dispositive motions" (i.e., February 17, 2022).