Sandra Ribera Speed, Esq. (SBN 236769)
**RIBERA LAW FIRM, APC**
157 West Portal Avenue, Suite 2
San Francisco, CA 94127
Tel. : (415) 576-1600
Fax : (415) 842-0321
Email: sribera@riberalaw.com

Jennifer Fiore (SBN 203618)
Sophia Achermann (SBN 262712)
**FIORE ACHERMANN, ALC**
340 Pine Street, Suite 503
San Francisco, CA 94104
Tel. : (415) 550-0650
Fax : (415) 550-0650
Email: jennifer@theFAfirm.com
Email: sophia@theFAfirm.com

Attorneys for Plaintiff, Janice Mann

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT COURT

| JANICE MANN, | Case No. 18-cv-02134-BLF |
|---|---|
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| GARDEN OF LIFE, LLC; GARDEN OF LIFE, INC., SCIENCE & INTERNATIONAL GARDEN OF LIFE, LLC; ATRIUM INNOVATIONS, INC., and DOES 1 through 50, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Janice Mann hereby associates in as counsel Jennifer Fiore and Sophia Achermann of FIORE ACHERMAN, ALC located at 340 Pine Street, Suite 503, San Francisco California, 94104, Telephone 415.550.0650.

1  All parties herein are requested to direct copies of all notices, correspondence, pleadings, and discovery, to all counsel of record for Plaintiff.

Dated: June 10, 2019

                                                      **RIBERA LAW FIRM, APC &**
                                                      **FIORE ACHERMAN, ALC**

                                        By: _____
                                               SANDRA RIBERA SPEED
                                             *Attorneys for Plaintiff, Janice Mann*

NOTICE OF ASSOCIATION OF COUNSEL

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is RIBERA LAW FIRM, APC, 157 West Portal Avenue, Suite 2, San Francisco, CA 94127. On the date indicated below, I served the within document(s):

1. PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL

☐ by causing **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting a *courtesy* **E-Mail** the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in **United States Mail** in the State of California at San Francisco, addressed as set forth below.

| | |
|---|---|
| Scott L. Hengesbach, Esq.<br>Alexis B. Cruz, Esq.<br>**MURCHINSON & CUMMING, LLP**<br>801 South Grand Avenue, 9th FL<br>Los Angeles, CA  90017<br>Tel.  : (213) 630-1109<br>Fax.  : (213) 623-6336<br><br>Email: alexisbcruz13@gmail.com | ***Attorney for Defendants,***<br>***Garden of Life, LLC, et al.*** |
| Jennifer Fiore (SBN 203618)<br>Sophia Achermann (SBN 262712)<br>**FIORE ACHERMANN, ALC**<br>340 Pine Street, Suite 503<br>San Francisco, CA  94104<br>Tel.  :  (415) 550-0650<br>Fax.  :  (415) 550-0650<br><br>Emails: Jennifer@thefafirm.com<br>            Sophia@theafirm.com | ***Attorney for Plaintiff,***<br>***Janice Mann*** |

I am readily familiar with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 10, 2019, at San Francisco, California.

Signature: _____
Vanessa Galo

1
PROOF OF SERVICE