Scott L. Hengesbach (SBN 146731)
  shengesbach@murchisonlaw.com
Matthew R. Follett (SBN 325481)
  mfollett@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendant, GARDEN OF LIFE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE MANN, | CASE NO. 18-cv-02134-BLF |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Trial Date:  July 18, 2022 |
| GARDEN OF LIFE, LLC; GARDEN OF LIFE, INC., SCIENCE & INTERNATIONAL GARDEN OF LIFE, LLC; ATRIUM INNOVATIONS, INC. and DOES 1 through 50, inclusive, | Crtrm: San Jose, Crtrm 3<br>Judge: Hon. Beth Labson Freeman |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**NOTICE IS GIVEN** that Matthew R. Follett of Murchison & Cumming, LLP, 801 South Grand Avenue, 9th Floor, Los Angeles, CA 90017; EMail: mfollett@murchisonlaw.com, hereby appears in the above-captioned matter as counsel for Defendant, GARDEN OF LIFE, LLC.

Please add Matthew R. Follett, Esq. of Murchison & Cumming to your respective service lists.

1 | Scott L. Hengesbach also remains as counsel for Defendant, GARDEN OF
2 | LIFE, LLC.
3 | DATED: February 20, 2020        **MURCHISON & CUMMING, LLP**
4 |
5 |                                  By:    /s/ Matthew R. Follett
6 |                                         Scott L. Hengesbach
7 |                                         Attorneys for Defendant, GARDEN OF
                                            LIFE, LLC

## PROOF OF SERVICE

**Wild Rose Herbal Detox adv. Mann, Janice**
**18-cv-02134-BLF**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On February 20, 2020, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Northern District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 20, 2020, at Los Angeles, California.

_____
Amy Spada

**SERVICE LIST**
**Wild Rose Herbal Detox adv. Mann, Janice**
**18-cv-02134-BLF**

| | |
|---|---|
| Sandra Ribera Speed, Esq.<br>Ribera Law Firm<br>157 West Portal Avenue, Ste. 2<br>San Francisco, CA 94127<br>Telephone: 415-576-1600<br>Facsimile: 415-842-0321 | Attorneys for Plaintiff Janice Mann |
| Jennifer Fiore<br>Sophia Achermann<br>Fiore Acherman, ALC<br>340 Pine Street<br>Suite 503<br>San Francisco, CA 94104<br>Telephone: 415-550-0650<br>Facsimile: 415-550-0650 | Attorneys for Plaintiff Janice Mann |